IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

EARNEST V. STEPHENS,            )
                                )
          Plaintiff,            )
                                )
     v.                         )     CIVIL ACTION NO. 1:07cv1001-CSC
                                )
MICHAEL J. ASTRUE,              )
Commissioner of Social Security,)
                                )
          Defendant.            )

**ORDER**

Now pending before the court is the plaintiff's motion for an extension of time to file his brief (doc. # 11).  Upon consideration of the motion and for good cause, it is

ORDERED that the plaintiff's motion for an extension of time to file his brief (doc. # 11) be and is hereby GRANTED.  The plaintiff's deadline for filing his brief be and is hereby EXTENDED from March 25, 2008 until April 24, 2008.  It is further

ORDERED that the defendant's deadline for filing his brief be and is hereby EXTENDED accordingly.

Done this 18th day of March, 2008.


          _____/s/Charles S. Coody_____
          CHARLES S. COODY
          CHIEF UNITED STATES MAGISTRATE JUDGE