IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EARNEST V. STEPHENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07cv1001-CSC |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Now pending before the court is the defendant's second motion for an extension of time to file his brief (doc. # 18.)  Upon consideration of the motion and for good cause, it is

ORDERED that the defendant's second motion for an extension of time to file his brief be and is hereby GRANTED and the deadline for filing his brief be and is hereby extended from June 23, 2008, until July 23, 2008.

Done this 20th day of June, 2008.

      /s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE